

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GABRIELA ITZEL CARRASCO, | § | No. 08-24-00336-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| JOSE HUMBERTO CARRASCO, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCM4959) |

## **MEMORANDUM OPINION**

Before the Court is Appellant's unopposed motion to voluntarily dismiss this appeal. The motion to dismiss is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).

GINA M. PALAFOX, Justice

November 7, 2024

Before Alley, C.J., Palafox, and Soto, JJ.